**In the United States District Court**
**Southern District of Texas**
**Galveston Division**

| | | |
|---|---|---|
| **Damon Franklin** | § | C.A. No. _____ |
| | § | |
| **vs.** | § | |
| | § | |
| **Americas Styrentics, LLC** | § | |

**Plaintiff Damon Franklin's Original Complaint**

1. Damon Franklin complains of Americas Styrentics, LLC, and files his Original Petition and for cause of action would show as follows:

2. Damon Franklin is a resident of Galveston County, Texas.

3. Defendant, Americas Styrentics, LLC, is a corporation based in Baton Rouge, LA, and authorized to do business in Texas. Defendant may be served by serving its registered agent, CT Corporation Systems, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136.

4. This Court has diversity jurisdiction over this case because this lawsuit involves a controversy between parties of diverse citizenship and the amount in controversy exceeds $75,000. More specifically, Defendant Americas Styrentics has its headquarters in Baton Rouge, LA, while Plaintiff Damon Franklin is a resident of Texas.

5. On or about January 30, 2019, Damon Franklin was seriously burned and injured at the Americas Styrentics, LLC's refinery while working in a reactor, as a result of the negligence and gross negligence of Defendant. Damon Franklin was employed by Cat-Spec, Ltd.

6. Specifically, on the date of this incident, Mr. Franklin was vacuuming in the reactor when suddenly and without warning the catalyst he was standing on burned his feet, causing Mr. Franklin's feet to burn. Mr. Franklin was wearing proper personal protective equipment. At all

times relevant to this incident, Defendant was responsible for ensuring that the material inside the reactor was cooled to a safe temperature.

7. It has become necessary to bring this suit by reason of serious and permanent injuries sustained by Damon Franklin, on or about January 30, 2019. Damon Franklin would show that nothing he did or failed to do on the occasion in question caused, or in any way, contributed to the occurrence. To the contrary, the occurrence in which Damon Franklin was injured and the injuries he sustained were proximately caused by the negligence, as that term is understood in law, by the Defendant, its agents, servants and employees, who were acting in the course and scope of their employment for the Defendant at all times material to this action.

8. Defendant owed to Damon Franklin a duty to exercise due care in providing professional services as contracted with Plaintiff's employer. Further, Defendant owed a duty to Damon Franklin to exercise a reasonable degree of care in performance of its contractual duties where there was foreseeable injury to persons from failure to exercise such care. The Defendant failed in those respects as to Damon Franklin, and such failure caused and resulted in the injuries and damages sustained by Plaintiff. These conditions were brought about and caused by the Defendant.

9. Damon Franklin would show that the above described incident was proximately caused by the aforementioned negligence of the Defendant. The Defendant breached its legal duties and such Plaintiff would show that the Defendant was negligent through acts and omissions, by and through agents, servants, and/or employees, acting in the course and scope of their respective employments, individually and/or collectively.

10. In the incident made the basis of this suit, Damon Franklin sustained severe bodily injuries. By

reason of those injuries and the damages flowing in law therefrom, this suit is maintained. Because of the nature and severity of the injuries Damon Franklin sustained, he has suffered physical pain and mental anguish and, in reasonable probability, will continue to suffer physical pain and mental anguish into the future. He has suffered and will continue to suffer physical impairment.

11. Because of the actions and conduct of Defendant, Damon Franklin has sustained very painful and disabling physical injuries which have caused him to sustain a loss of earnings and wage earning capacity in the past, and this condition will with reasonable probability exist into the future. Plaintiff's injuries have required medical treatment in the past and, in reasonable probability, will require other and additional medical treatment in the future. Charges for such medical treatment that have been made in the past and those which will in reasonable probability be made in the future have been and will be reasonable charges made necessary by the incident in question.

12. Damon Franklin likewise brings a claim for punitive and/or exemplary damages against Defendant in this case. Plaintiff alleges that Defendant acted with specific intent to cause severe bodily harm and such actions rise to such a level as to warrant punitive and/or exemplary damages.

13. Damon Franklin would additionally say and show that he is entitled to recovery of prejudgment interest in accordance with law and equity as part of his damages herein, and Plaintiff here and now sues specifically for recovery of prejudgment interest as provided by law.

14. Damon Franklin hereby demands a trial by jury. Defendant is instructed to respond to disclosures, pursuant to the Federal Rules of Civil Procedure.

15. Damon Franklin prays that Defendant be cited to appear and answer herein, that upon final trial and hearing hereof, Plaintiff recover his damages in accordance with the evidence, that he recover costs of Court herein, that he recover attorney fees and interest, both prejudgment and postjudgment, to which he is entitled under law, and for such other and further relief, general and special, legal and equitable to which he may show himself justly entitled.

Respectfully submitted,

**The Alfred Firm**

*/s/ Byron C. Alfred*

_____

**Byron C. Alfred**
State Bar No. 2408450
Byron@alfredfirm.com.com
2019 Wichita Street
Houston, Texas 77004
Telephone: 713.470.9714
Facsimile: 877.751.7453
**Attorney for Damon Franklin**