United States District Court
Southern District of Texas
**ENTERED**
April 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAMON FRANKLIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:20-cv-00029 |
| | § | |
| AMERICAS STYRENICS LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 22, 2020, the parties filed a joint motion to dismiss without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 13. That motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and -numbered lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party shall bear its own attorneys' fees and costs of court.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island on this, the 27th day of April, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE